STATE OF NEW JERSEY v. DAVID J. LAURICK.

May 2, 1989.

Petition for certification granted.   (See 231 *N.J.Super.* 464)

STATE OF NEW JERSEY v. JOSE RODRIGUEZ.

May 2, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. WALLACE LEWIS.

May 2, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. LARK CAPELLI.

May 2, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. MELVIN KING.

May 2, 1989.

Petition for certification denied.